FILED

Jul 26 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SRINIVAS VINAY PISINI,<br><br>            Plaintiff,<br><br>   v.<br><br>UR JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>            Defendant. | C 5:22-cv-03543 NC<br><br>**PARTIES' STIPULATION TO DISMISS and ORDER** |

      The parties, through their undersigned attorneys, hereby stipulate to dismissal of this case as follows:

      1.    Plaintiff filed the complaint in this action on June 15, 2022, compelling action on a Form I-485, Application to Register Permanent Residence or Adjust Status. The United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") on July 1, 2022. USCIS will take final action within 30 days of receiving a response to the RFE.

      2.    If Plaintiff believes there is a breach of this agreement, Plaintiff agrees to give Defendant's counsel notice and seven days to remedy any such noncompliance before seeking judicial intervention.

      3.    If Defendant is unable to meet these deadlines for reasons out of its control, it agrees to

notify counsel for Plaintiff, and Plaintiff's counsel agrees to work in good faith with Defendant to resolve the issues without judicial intervention; and

    4.    Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: July 14, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

  /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: July 14, 2022

  /s/ Bernard P. Wolfsdorf
BERNARD P. WOLFSDORF
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 26, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

Parties' Stip to Dismiss
C 5:22-cv-03543 NC